ELLA FREIDUS, Appellant, v DOROTHY EISENBERG, as Trustee in Bankruptcy of TODEM HOMES, INC., Respondent, et al., Defendant.

Lazer, J. P., Bracken, O'Connor and Brown, JJ., concur.